Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

MIRANDA TSAI          8308-0
CONNIE CHOW           8556-0
Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Email: mtsai@awlaw.com; cchow@awlaw.com

Attorneys for Secured Creditor
 EASTERN SAVINGS BANK, FSB

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | ) CASE NO. 09-01555 |
| | ) (Chapter 13) |
| EDUARDSON NICOLAS ESTEBAN | ) |
| AND EMALYN PARINAS GABRIEL- | ) |
| ESTEBAN, | ) |
| | ) |
| Debtor. | ) |

## DECLARATION OF MIRANDA TSAI IN SUPPORT OF OPPOSITION TO DEBTORS' MOTION TO VALUE COLLATERAL; EXHIBITS "1"-"6"

I, MIRANDA TSAI, under penalty of perjury, state as follows:

1.      I am one of the attorneys representing EASTERN SAVINGS BANK,

FSB ("ESB") in this case and am competent to testify to the matters set forth

herein and do so based on information provided to me by ESB and the records and

files in this case.

2.　　I am submitting this declaration in support of ESB's *Objection to Opposition to Debtors' Motion to Value Collateral* filed of even date herewith.

3.　　Attached hereto as Exhibit "1" is a true and correct copy of the Plaintiff's Findings of Fact, Conclusions of Law, Order Granting Motion for Summary Judgment Against Defendants Eduardson Esteban and Emalyn P. Gabriel-Esteban, Interlocutory Decree of Foreclosure and Order of Sale; Exhibit "A" that was recorded in the Bureau of Conveyances of the State of Hawaii as Doc. No. 2009-066574.

4.　　Attached hereto as Exhibit "2" is a true and correct copy of the results of a search I did on the website of Hawaii Information Service, the database of MLS Hawaii, Inc., for 4312 Kai Ikena Drive, Kalaheo, Hawaii 96741, also identified as Tax Map Key No. (4) 2-3-30-90, the property that is the subject of the dispute (the "Property").

5.　　Attached hereto as Exhibit "3" is a true and correct copy of the results of a search I conducted on the County of Kauai Real Property Assessment and Tax Billing Divisions website for the Property.

6.　　Attached hereto as Exhibit "4" is a true and correct copy of the Brokers Price Opinion provided to me by ESB. ESB requested the opinion from Julie A. Black of Kauai Dreams Realty.

7. Attached hereto as Exhibit "5" is a true and correct copy of the website page on Zillow.com for 4369 Kai Ikena Drive, Kalaheo, Hawaii 96741 and a true and correct copy of the results of a search I did on Hawaii Information Service, the database of MLS Hawaii, Inc., for 4369 Kai Ikena Drive.

8. Attached hereto as Exhibit "6" is a true and correct copy of the website page for a property located at 4444 Kai Ikena Drive, Kalaheo, Hawaii 96741 and a true and correct copy of the results of a search I did on Hawaii Information Service, the database of MLS Hawaii, Inc., for 4444 Kai Ikena Drive.

DATED: Honolulu, Hawaii; September 3, 2009.

_____
MIRANDA TSAI
Attorney for Secured Creditor
EASTERN SAVINGS BANK, FSB

R-638    STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
MAY 01, 2009     11:00 AM
Doc No(s) 2009-066574





/s/ NICKI ANN THOMPSON
REGISTRAR

20    1/1    Z9

| LAND COURT | REGULAR SYSTEM |

After recordation, return by:   [ ] MAIL   [X] PICKUP   TO:

   Ashford & Wriston
   Attn:   Francis P. Hogan, Esq.
          Michael R. Vieira, Esq.
          1099 Alakea St., Ste. 1400
   Honolulu, Hawaii 96813
   Telephone: 539-0400

TITLE OF DOCUMENT:

PLAINTIFF'S FINDINGS OF FACT, CONCLUSIONS OF LAW, ORDER GRANTING
MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS EDUARDSON
ESTEBAN AND EMALYN P. GABRIEL-ESTEBAN, INTERLOCUTORY DECREE OF
FORECLOSURE AND ORDER OF SALE; EXHIBIT "A"

PARTIES TO DOCUMENT:

Plaintiff(s):        Eastern Savings Bank, fsb,

Defendant(s):       Eduardson Esteban, Emalyn P. Gabriel-Esteban, , et al.

**EXHIBIT**   "1"    This document contains nine (9) pages.

049313

Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

FRANCIS P. HOGAN        2722-0
MICHAEL R. VIEIRA        8186-0
1099 Alakea Street, Suite 1400
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: 539-0400

Attorneys for Plaintiff
  EASTERN SAVINGS BANK, FSB

FILE COPY
FIFTH CIRCUIT COURT
STATE OF HAWAII
FILED

2009 MAR 24   PM 3: 36

JANIS N. EFHAN
CLERK

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

EASTERN SAVINGS BANK, FSB, a federally )
chartered savings bank,                )
                                       )
                Plaintiff,             )
                                       )
        vs.                            )
                                       )
EDUARDSON ESTEBAN, EMALYN P.           )
GABRIEL-ESTEBAN, JOHN and MARY         )
DOES 1-20 and DOE PARTNERSHIPS,        )
CORPORATIONS or OTHER ENTITIES 1-      )
20,                                    )
                                       )
                Defendants.            )
                                       )
                                       )
                                       )
                                       )
_____)

CIVIL NO. 09-1-0022
(Foreclosure)

PLAINTIFF'S FINDINGS OF FACT,
CONCLUSIONS OF LAW, ORDER
GRANTING MOTION FOR
SUMMARY JUDGMENT AGAINST
DEFENDANTS EDUARDSON
ESTEBAN AND EMALYN P.
GABRIEL-ESTEBAN,
INTERLOCUTORY DECREE OF
FORECLOSURE AND ORDER OF
SALE; EXHIBIT "A"

No trial date has been set.

Hearing Date:   April 21, 2009
Hearing Time:   1:00 p.m.
Hearing Judge:  The Honorable
                Randal Valenciano

**(by telephone conference)**

I hereby certify that this is a full, true and
correct copy of the original on file in this office.

Clerk, Circuit Court, Fifth Circuit

PLAINTIFF'S FINDINGS OF FACT, CONCLUSIONS OF LAW, ORDER
GRANTING MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS
EDUARDSON ESTEBAN AND EMALYN P. GABRIEL-ESTEBAN,
INTERLOCUTORY DECREE OF FORECLOSURE AND ORDER OF SALE

This case came on for hearing before the Honorable Randal Valenciano, Judge of the

above-entitled Court, in his courtroom, by telephone conference, on April 21, 2009 at 1:00 p.m.

on the motion of Plaintiff Eastern Savings Bank, fsb ("Plaintiff") for summary judgment against

Defendants Eduardson Esteban and Emalyn P. Gabriel-Esteban, interlocutory decree of

foreclosure, and order of sale.

Michael R. Vieira appeared on behalf of Plaintiff. No other parties appeared. Three calls

were made for Defendants Eduardson Esteban and Emalyn P. Gabriel-Esteban with no response.

It appearing to the satisfaction of the court that all parties were duly served, and after

review and consideration of the moving papers and declarations filed herein and after hearing

statements of counsel, it appearing to the satisfaction of the Court that it has jurisdiction over all

parties and of the subject matter of this case and that the relief prayed for should be granted,

makes the following findings of fact, conclusions of law and interlocutory decree of foreclosure:

## FINDINGS OF FACT

1.      On or about August 15, 2007, for value received, Defendants Emalyn P. Gabriel-

Esteban and Eduardson Esteban ("Mortgagors") executed and delivered to Plaintiff that certain

Promissory Note ("Note") of like date for FOUR HUNDRED EIGHTY-NINE THOUSAND

AND 00/100 DOLLARS ($489,000.00).

2.      On or about August 15, 2007, Defendant Mortgagors executed and delivered to

Plaintiff that certain Agreement of like date in favor of Plaintiff.

3. Said Note is secured by that certain Mortgage, Assignment of Rents and Security Agreement ("Mortgage") of the real property located at 4312 Kai Ikena Dr., Kalaheo, Hawaii 96741 more particularly described as situate at Kalaheo, District of Koloa, Island and County of Kauai, State of Hawaii, having Tax Map Key No. (4) 2-3-020-090, ("Property") as described in Exhibit "A" attached hereto and made a part hereof.

4. Said Mortgage is dated August 15, 2007 and was executed by Defendant Mortgagors in favor of Plaintiff, as mortgagee, and is recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2007-147477, which Mortgage is a first mortgage lien recorded against the Property.

5. Said Note is further secured by that certain Assignment of Leases, Rents and Profits dated August 15, 2007 ("Assignment") covering all right, title and interest of Defendant Mortgagors in the Property and is recorded in said Bureau as Document No. 2007-147478.

6. On or about August 16, 2007, Defendant Mortgagors executed that certain UCC Financing Statement in favor of Plaintiff herein, recorded in said Bureau as Document No. 2007-147479 ("UCC") which further perfected the security interest granted by the Mortgage.

7. Plaintiff is the present holder of said Note, Agreement, Mortgage, Assignment and UCC.

8. Defendant Mortgagors are in default of payment of the principal and interest due under said Note and Agreement.

9. Plaintiff has elected to accelerate the indebtedness of Defendant Mortgagors under the terms of said Note, Agreement and Mortgage.

10. The unpaid principal balance upon said Note as of March 5, 2009 is $488,190.98, together with interest of $126,571.47 from March 1, 2008 to March 5, 2009, with per diem

interest thereafter of $326.88, plus late charges, advances, attorneys' fees, costs of court and other expenses, as shall be more specifically determined at subsequent hearing on this cause.

11. Plaintiff is a federally chartered savings bank with its principal place of business in Hunt Valley, State of Maryland.

12. Defendant Mortgagors are the owners of said Property described in Exhibit "A".

13. Defendant Mortgagors are residents of the City and County of Honolulu, State of Hawaii.

## CONCLUSIONS OF LAW

1. This Court has jurisdiction over all the parties in this action and all the claims presented therein.

2. Defendant Mortgagors have failed to answer or otherwise plead to the allegations of the Complaint, and default has been entered against said Defendants.

3. Said Note, Agreement and Mortgage were and are valid and enforceable according to their terms, without set off, claims or other affirmative defenses.

4. Plaintiff is entitled to accelerate the indebtedness due under said Note, Agreement and Mortgage and the entire unpaid principal balance under said Note is now due and owing.

5. All sums due, and to become due, respectively, to Plaintiff under said Note, Agreement and Mortgage constitute a valid first mortgage lien upon the Property described in said Mortgage, and Plaintiff is entitled to have its Mortgage foreclosed, and all the Property covered by said Mortgage sold in the manner prescribed by law.

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT AGAINST
DEFENDANTS EDUARDSON ESTEBAN AND EMALYN P. GABRIEL-ESTEBAN,
INTERLOCUTORY DECREE OF FORECLOSURE AND ORDER OF SALE

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.      That the aforesaid Motion for Summary Judgment Against Defendants Eduardson

Esteban and Emalyn P. Gabriel-Esteban, Interlocutory Decree of Foreclosure and Order of Sale

be and hereby is granted;

2.      That said Mortgage in favor of Plaintiff shall be and is hereby foreclosed as

prayed, and that the Property located at 4312 Kai Ikena Dr., Kalaheo, Hawaii 96741 more

particularly described as situate at Kalaheo, District of Koloa, Island and County of Kauai, State

of Hawaii, having Tax Map Key No. (4) 2-3-020-090, described in Exhibit "A" attached hereto

and made a part hereof, being the Property described under said Mortgage, shall be sold as

hereinafter set forth;

3.      That _Sherman Shiraichi, Esq._, whose address is

_2970 Kress Street   Lihue, Hawaii   96766_ and telephone

number is _808-249-3361_, is hereby appointed Commissioner of this Court and as

Commissioner he or she is authorized and directed to take possession of said Property, to rent the

Property pending foreclosure if appropriate and to make this sale of foreclosure as hereinafter set

forth, and that such Commissioner shall be awarded such fees as this Court shall determine to be

reasonable; that the Commissioner's fees and costs shall be deemed to be secured by Plaintiff's

mortgage lien on the Property; and that should such Commissioner be unable to fulfill his or her

duties, another Commissioner may be appointed by the Court without further hearing;

4.      That the sale shall be at public auction, that the Property will be sold "as is", that

there shall be no upset price; that the Commissioner shall accept the highest bid; that the amount

of ten percent (10%) of the bid price shall be paid down at the fall of the hammer in cash, certified check or cashier's check, and the balance must be paid concurrently with the delivery of documents transferring title; that the purchaser shall pay the cost of conveyancing, recordation and conveyance taxes and shall pay for and be responsible for securing purchaser's possession of the Property; neither the availability of title insurance nor securing possession of the Property shall be a condition of closing; and that such sale shall not be final until approved by the Court;

5.     That the Commissioner shall give notice of the foreclosure sale by publication thereof once in each of three successive weeks (three publications), the last publication to be not less than fourteen days before the day of sale, in a daily newspaper having general circulation in the county in which the Property lies. Said notice need not contain a full legal description of said Property. Said notice shall give the date, time and place of sale and an intelligible description of the Property and shall disclose all the terms of the sale as hereinabove mentioned. Pursuant to Section 501-151, H.R.S., as amended, any and all other or further liens and encumbrances of any nature arising upon the Property subsequent to the recordation of Plaintiff's Notice of Pendency of Action, will be forever barred of and from any and all right, title and interest in and to the Property and every part thereof upon closing of the sale herein authorized. The defendants and all parties named in this action and all persons claiming by, through or under said defendants and parties, except any governmental authority enforcing a lien for unpaid real property taxes as to the Property upon closing of the aforesaid sale shall be and will be thereby forever barred of and from any and all right, title and interest and claims at law or in equity in and to the Property, and every part thereof.

6.     The Commissioner shall file herein an accurate accounting of all his or her receipts and expenses;

7.      That Plaintiff and any other secured creditor or lienor herein are authorized to be purchasers at said sale and the amount determined by this Court to be due and owing to Plaintiff or such secured creditor or lienor may be credited against the down payment or balance of the purchase price of any accepted bid made by Plaintiff or such secured creditor or lienor; provided, however, that the lien of any prior lienholder, as finally adjudicated at the time of confirmation of sale, shall not be impaired;

8.      That a further hearing shall be held to consider the confirmation of the foreclosure sale, the amounts due Plaintiff, the amounts of fees to be awarded the Commissioner, the amount of Plaintiff's attorneys' fees and attorneys' fees for subordinate lienors, if any, the amount of all other liens against the Property, the priorities of the liens and the amount of expenses reasonably expended by Plaintiff for the preservation of the Property;

9.      That at a hearing on confirmation hereinabove mentioned, if it appears that the proceeds of such sale shall be insufficient to pay all the amounts which are valid claims against Defendant Mortgagors, jointly and severally, arising out of the Plaintiff's Note, Agreement and Mortgage herein and that a deficiency exists, judgment shall be entered against Defendant Mortgagors, jointly and severally, for such deficiency in favor of Plaintiff and Plaintiff shall have execution therefor; and

10.     That the Commissioner shall be authorized and is hereby instructed to receive the full amount of all rentals accruing with respect to the Property and to expend reasonable sums as may be necessary (subject to Plaintiff's approval) to enable the Property to continue to be rented, such rentals to be held by said Commissioner until distribution is authorized by order of this Court;

11.    There being no just reason for delay, this shall be an express direction that judgment be entered, pursuant to Rules 54(b) and 58, H.R.C.P., as to all claims determined by this Order; and

12.    NOTICE IS HEREBY GIVEN THAT THIS ACTION IS AN ATTEMPT TO COLLECT A DEBT, THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE AND THAT THE DEBT MAY BE DISPUTED.

DATED: Lihue, Hawaii; _____ APR **2 4** 2009 _____.

(SEAL) _____

Judge of the above-entitled Court

# PUBLIC RECORD DATA

## ▼ TMK # 4-2-3-20-90        4312 KAI IKENA DR

**Owner:** ESTEBAN, EDUARDSON & EMALYN
**Tax Payer:** GABRIEL-ESTEBAN, EMALYN P
**Tax Bill:** 4312 KAI IKENA DR, KALAHEO, HI 96741 USA

**Tenure:** Fee Simple
**Annual Tax:** $2,240.70

| Assessed Value | Exemption | Size | |
|---|---|---|---|
| | | **Buildings:** 1 | **Zoning:** R-4 |
| **Land:** $271,700 | $0 | 8,811 sqft | **Dwellings:** 1 |

**PITT Code:** 100 - Improved Single Family Residential

| | | | |
|---|---|---|---|
| **Total Buildings:** $274,700 | $0 | 1,856 sq ft | **Subdivision:** Kalaheo Subdivision |
| **Total:** $546,400 | $0 | | **Project:** |

**Land Use:**

**Census Tract:** 407.00

**Bedrooms/Baths:** 3/3        **Lot#:** 11

### SALES

| | | | |
|---|---|---|---|
| 10/24/1984 | **DEED** | $63,000 | |
| 10/6/1987 | **DEED** | $62,900 B/P 21200/395 | |
| | MCKENNA,NANCY V | | |
| 10/19/1990 | **DEED** | $350,000 DOC 90-163033 | |
| | GABRIEL SALVADOR/EMALYN PARINAS LAURINA | | |
| 10/20/1994 | **TRANSD** | $0 DOC 94-171951 | |
| | GABRIEL EMALYN | | |
| 4/11/2003 | **TRANSD** | $0 DOC 03-066788 | |
| | GABRIEL, EMALYN P, Married Woman | | |
| 12/1/2006 | **TRANSD** | $0 DOC 06-219841 | BOC |
| | ESTEBAN, EDUARDSON, H/W(Tenants By Entirety) | | |
| | GABRIEL ESTEBAN, EMALYN P, H/W(Tenants By Entirety) | | |

### RESIDENTIAL BUILDING DETAILS

| TMK # 4-2-3-20-90 | Bldg 1 of 1 | Card 1 of 1 |
|---|---|---|
| **Year Built:** 1988 | **Style:** Other | **Bldg Quality:** () |
| **Effective year built:** 1990 | **Shape:** Rectangle | **Occupancy:** Two-family |
| **Physical condition:** Average | **Roof Structure:** Wood | **Framing:** Double wall |
| **Cost & Design Factor:** | **Roof Material:** Composition | **Exterior Wall:** Other |
| **Economic Factor:** | **Roof Design:** Hip | **Interior Wall Structure:** Double wall |
| **Percent complete:** 100% | **Foundation:** Wood piers | **Interior Wall Material:**Plaster Board |
| **Building value:** $274,700 | **Central AC/Heat:** None | **Flooring:** Carpet |
| **Attic:** None | **Basement:** None | **Floor Construction:** Wood Joist |
| **Pool:** None | | **Ceiling:** Other |

| FLOOR AREAS | | ROOMS | | BATHS | |
|---|---|---|---|---|---|
| LLLA | 0 | Family Rms | | Full Baths | 3 |
| 1st Story | 688 | Bedrooms | 3 | Half Baths | |
| 2nd Story | 1,168 | Rec Rooms | No | Add'l Fixt. | 2 |
| Addl Story | 0 | Total Rms | 6 | Total Fixt. | 11 |
| Half Story | 0 | | | | |
| Attic | 0 | | | | |
| Total SFLA 1 | 1,856 | Rec Room area | | | |
| Basement | 0 | | | | |

4-2-3-20-90 Card 1

EXHIBIT "2"



### RESIDENTIAL BUILDING ADDITIONS

| # | Lower Level | 1st Story | 2nd Story | 3rd Story | Area |
|---|---|---|---|---|---|
| Main | | | | | 688.00 |
| B | | | 2ND STORY FRAME | | 480.00 |
| C | BASEMENT GARAGE | | | | 480.00 |
| D | | WOOD DECK | | | 288.00 |
| E | | | PORCH CEILED W/RAILING - MAS | | 416.00 |
| F | | WOOD DECK | | | 25.00 |
| G | | WOOD DECK | | | 9.00 |
| H | | 2 CAR GARAGE DOOR MANUAL | | | 1.00 |
| I | | ADDITIONAL FIXTURES | | | 3.00 |

### OTHER BUILDING IMPROVEMENTS

| Type | Description | Quantity | Year | Area | Grade | Condition |
|---|---|---|---|---|---|---|
| DWR | WOOD DECK RAILING | 1 | 1990 | 60 | 4 | Good |

### BUILDING PERMITS FROM REAL PROPERTY TAX

| Date | Number | Amount | Status | Purpose |
|---|---|---|---|---|
| 1/14/1988 | 26799 | $146,000 | Complete | DWELLING |

This information has been supplied by third parties and has not been independently verified by Hawaii Information Service and is, therefore, not guaranteed.

Copyright ©8/11/2009 by Hawaii Information Service

| World

**COUNTY OF KAUAI**
REAL PROPERTY ASSESSMENT
& TAX BILLING DIVISIONS

| CONTACT US | HELP

County | State

Home    Property Search

Address    Parcel ID    Advanced

Parcel Data
▶| 2009 Assessment Data
Residential
Commercial
Other Buildings
Sketch
Tax Bill
Tax Details 2009
Tax Details 2008
Tax Details 2007
Tax Details 2006
Tax Details 2005
Tax Details 2004
Tax Details 2003
Tax Details 2002

**PARID: 230200900000**
**ESTEBAN EDUARDSON**

**2009 Assessed Values**

| Property Class | IMPROVED RESIDENTIAL |
| Land Value | $271,700 |
| Land Exemption | $0 |
| Net Taxable Land Value | $271,700 |
| Building Value | $274,700 |
| Building Exemption | $0 |
| Net Taxable Building Value | $274,700 |
| Total Taxable Value | $546,400 |

**4312 KAI IKENA DR**    CURRENT RECORD

1 of 2

Return to Search Results

🖨 Printable Version

**Data Last Modified : 28 Aug 2009**

**Disclaimer**

The County of Kauai Real Property Assessment and Treasury
Divisions make every possible effort to produce and publish the
most current and accurate information available. No warranties,
expressed or implied, are provided for the data herein, its use,
or its interpretation. Utilization of the search facility indicates
understanding and acceptance of this statement by the user.

**TO MAKE A PAYMENT**

Make your check or money order payable to:

DIRECTOR OF FINANCE

Mail to or pay in person at the following address:

COUNTY OF KAUAI
REAL PROPERTY TAX COLLECTION
4444 RICE ST STE 463
LIHUE HI 96766

Or pay online at: www.kauai.gov/paypropertytax

Data Copyright Kauai County [Disclaimer]    Last Updated: 28 Aug 2009

➤ Site Design Copyright 1999-2009 Akanda Group LLC. All rights reserved.


EXHIBIT "3"



# BROKERS PRICE OPINION

| | |
|---|---|
| 01/25/2008 | Julie A. Black |
| Date | Completed By |
| EMALYN GABRIEL-ESTEBAN | Kauai Dreams Realty       808-822-7774 |
| Owner/Borrower | Company Name/Broker       Telephone No. |
| 4312 KAI IKENA DR | P.O Box 1086 |
| Property Address | Address |
| KALAHEO        HI      96741 | Kapaa        HI       96746 |
| City          State    Zip | City          State    Zip |

## SUBJECT PROPERTY

Sales History: (Is the property currently listed?)

Property is not currently listed and has no previous history on MLS.

| Is The Property Occupied? | | Property Occupant: | | | |
|---|---|---|---|---|---|
| ☑ Yes   ☐ No   ☐ Cannot Determine | | ☑ Owner  ☐ Tenant  ☐ Cannot Determine  ☐ Not Applicable | | | |

Style:
☐ Colonial  ☐ Rancher  ☐ Townhouse  ☐ Condominium  ☑ Other:  **2 story rectangle**

Subject Condition:

| | Excellent | Good | Average | Fair | Poor |
|---|---|---|---|---|---|
| Exterior | ☐ Excellent | ☐ Good | ☑ Average | ☐ Fair | ☐ Poor |
| Interior (if available) | ☐ Excellent | ☐ Good | ☑ Average | ☐ Fair | ☐ Poor |
| Landscaping | ☐ Excellent | ☐ Good | ☑ Average | ☐ Fair | ☐ Poor |

Estimated Repairs: $

Additional Comments: (Include Positive and Negative Features of the Subject)

Positive-Home should have a distant but good coastline/ocean view. Negative-home appears not to be as upgraded as most of the other homes in the neighborhood. Wall, gate is very stylized not modern. Interior condition not available.

Neighborhood Information:

| Neighborhood Trend | ☐ Improving | ☐ Stable | ☑ Declining | | |
|---|---|---|---|---|---|
| Pride of Ownership | ☐ Excellent | ☑ Good | ☐ Average | ☐ Fair | ☐ Poor |
| Neighborhood Location | ☑ Good | ☐ Average | ☐ Poor | | |
| | ☐ Urban | ☑ Suburban | ☐ Rural | | |

Positive and Negative Features of the Neighborhood:

Kai Ikena is an established subdivision with many homes having ocean views. Homes generally show pride of ownership, have good curb appeal and are well maintained. Located 17.4 miles from Lihue, the capital of Kauai County. Golf & walking trails nearby.

If Rural, proximity to nearest major metropolitan city _____

## COMPETITIVE LISTINGS

| | SUBJECT | LIST 1 | LIST 2 | LIST 3 |
|---|---|---|---|---|
| Property Address City, State Zip | 4312 KAI IKENA DR | 4420 Kai Ikena Dr. Kalaheo, HI 96741 | 4124-A Pai St. #2 Kalaheo, HI 96741 | 4088 Pai St. Kalaheo, HI 96741 |
| Distance from Subject | | 0.1 miles | 344 ft. | 420 ft. |
| Original List Price | | 685000.00 | 695000.00 | 695000.00 |
| Current List Price | | 685000.00 | 695000.00 | 695000.00 |
| Days on Market | | 43 | 78 | 73 |
| Property Style | SFR - Detached | SFR - Detached | SFR - Detached | SFR - Detached |
| Square Footage | 1856 | 1952 | 1990 | 2038 |
| Basement | None | None | None | None |
| No. Rooms /Bdrms /Bath | 6/3/3 | 7/3/2.5 | 6/3/3 | 7/3/2.5 |
| Age | 21 | 20 | 19 | 19 |
| Lot Size | 8811sf | 8100sf | 5266sf | 10661sf |
| Overall Condition | Average | Good | Good | Good |
| Garage/Carport | 2 Car Attached | 2 Att | 2 Att | 2 Att |
| Special Amenities | deck | fencing, storage | non-permittedca, fencing, spr |

Comments:

| |
|---|
| List #1  Per MLS, has hardwood & tiled floors, new kitchen counters and mountain & ocean views. Larger GLA. |
| List #2  Has hardwood floors, granite counter, stainless appliances, landscaped, good curb appeal. |
| List #3  Landscaped. Has ocean views, fireplace. Superior to subject in terms of GLA, lot size and age. |

# EXHIBIT "4"

| 4312 KAI IKENA DR | | KALAHEO | | HI | 96741 |
|---|---|---|---|---|---|
| Property Address | | City | | State | Zip |

## CLOSED SALES

| | SUBJECT | LIST 1 | LIST 2 | LIST 3 |
|---|---|---|---|---|
| Property Address City, State Zip | 4312 KAI IKENA DR | 3754　Kahala Makai Kalaheo, HI 96741 | 4368 Kai Ikena Dr. Kalaheo, HI 96741 | 4369 Kai Ikena Dr. Kalaheo, HI 96741 |
| Distance from Subject | | 0.8 miles | 351 ft | 351 ft |
| Sales Price | | 688000.00 | 755000.00 | 859000.00 |
| Sales Date | | 11/07/2008 | 08/04/2008 | 10/01/2008 |
| Days of Market | | 288 | 9 | 22 |
| List Price when Sold | | 779000.00 | 795000.00 | 859000.00 |
| Original List Price | | 895000.00 | 795000.00 | 804625.00 |
| Property Style | SFR - Detached | SFR - Detached | SFR - Detached | SFR - Detached |
| Square Footage | 1856 | 1650 | 2018 | 2424 |
| Basement | None | None | None | None |
| No. Rooms/ Bdrms./Bath | 6/3/3 | 5/3/.25 | 7/4/3 | 6/3/2 |
| Age | 21 | 7 | 21 | 17 |
| Lot Size | 8811sf | 10369sf | 9158sf | 11073sf |
| Overall Condition | Average | Good | Good | Good |
| Garage/Carport | 2 Car Attached | 2 Att | 2 Att | 2 Att |
| Special Amenities | deck | Solar, Fencing, | lar, fencing, de | lanai, gourmet k |
| Seller Concessions | | 0 | 0 | 0 |

Comments:

| Sale #1  Lot size and age area superior to subject. Custom home with ocean & mountain views. |
|---|
| Sale #2  Has bamboo flooring, mountain & ocean views. Market has declined since comp sold. |
| Sale #3  Has ocean & mountain views. Superior in GLA, lot size and age compared to subject. |

| | As-Is | Repaired |
|---|---|---|
| Estimated Sales Price | $ 660000.00 | $ 660000.00 |
| Suggested List Price | $ 669000.00 | $ 669000.00 |
| Estimated Market Time | 120 | 120 |

 Financial Agent Services, Inc.

## Subject Photo Addendum

| Client Name: | Eastern Savings Bank |
|---|---|
| Loan Number: | 121837819 |
| Subject Property: | 4312 KAI IKENA DR. KALAHEO, HI 96741 |



Front



Side



Street



Rear



**Zillow.com**

### 4369 Kai Ikena Dr
**Kalaheo HI 96741**

3 beds, 2.0 baths, 2 sq ft
**Recently Sold: $804,650**

**Monthly Payment: $ 3,548** edit
Current Rates

**Photos**



Owner provided image










See all 15 big photos
Previous
Next

**Home Info**

**Owner Facts:**
- Single family
- 3 beds
- 2.0 bath
- 2 sqft
- Lot 11,072 sqft
- Built in 1992

**At-a-Glance Features:**
- Attic
- Cable Ready
- Ceiling Fan
- Deck
- Garden
- Lawn
- more



EXHIBIT "5"

**Home Description:**
Beautiful custom built home, owner occupied Well maintained
too......nice clean landscaping with fruit producing trees and
plants...home has great cross ventilation, Casablanca intelitouch fans
and hardwood floors throughout, all tile baths, 3 bay windows, views
from every room. Rose garden, tropical flowers, room to add on,
zoned for guest house. Ownr wtrad for $650K in SF, Pasadena,
YrbLnda home area..buyer secure loan for bal sale price.......range
$850K-899K

---

**Neighborhood: Kalaheo**

**Nearby Schools:**

**District:**
 Kalaheo
**Primary:**
 Kalaheo
**Middle:**
 Lihue
**High:**
 Waimea or Kauai Hi

 See more 96741 local information

---

**Charts & Data**

**Zestimate®: None**

**2007 tax assessor's value:**
**$779,100**

**Last sale and tax info**

**Sold 10/01/2008:**
 $804,650
**2007 Property Tax:**
 $2,379

: 38 – Car-Dependent

---

**Street Map**

**4369 Kai Ikena Drive, Kalaheo, HI**
 Bird's eye view and larger map for 4369 Kai Ikena Dr

Some information on page provided by NCI
**Alternate Addresses**
4369, kai ikena, kai ikena, kaiikena, dr, driv, drive, drv, 96741,
kalaheo, kaua i, kauai, hi, hawai i, hawaii, 96741

# PUBLIC RECORD DATA

## ▼ TMK # 4-2-3-21-5        4369 KAI IKENA DR

**Owner:** STEFANAK IV, JOSEPH J TR
**Tax Payer:** STEFANAK, JOSEPH J IV
**Tax Bill:** 511 N BRIARCLIFF DR, CANFIELD, OH 44406 USA

| Assessed Value | Exemption | Size | | |
|---|---|---|---|---|
| **Land:** $287,500 | $0 | 11,073 sqft | **Buildings:** 1 | |
| **Total Buildings:** $404,700 | $96,000 | 2,424 sq ft | **Dwellings:** 1 | |
| **Total:** $692,200 | $96,000 | | **Subdivision:** Kai Ikena Subdivision | |

**Tenure:** Fee Simple
**Annual Tax:** $1,153.32
**Zoning:** R-4
**PITT Code:** 100 - Improved Single Family Residential
**Land Use:**
**Project:**
**Bedrooms/Baths:** 3/2
**Census Tract:** 407.00
**Lot#:** 2

### SALES

**6/23/1987 DEED**      $57,200 B/P 20810/770
LOCKWOOD MARA-LYN/RICHARD

**3/10/1989 DEED**      $95,000 B/P 22935/691
TAKAHASHI DONALD G/SUSAN ETALS
AU GREGORY

**9/19/1991 TRANSD**      $0 DOC 91-127384
TANAHASHI DONALD G/ETAL
TANAHASHI SUSAN

**7/2/1993 TRANSD-F**      $0 DOC 93-107431
TANAHASHI DONALD/SUSAN TR
*(2/5 INT)*

**7/2/1993 QD**      $0 DOC 93-107432
TANAHASHI DONALD G/SUSAN F

**2/27/1998 TRANSD**      $0 DOC 98-025881
TANAHASHI, DONALD G, Trustee(Tenants in Severalty)
TANAHASHI, SUSAN FAY, Trustee(Tenants in Severalty)
*UNDER A CERTAIN TRUST CREATED BY THE TRUST
*AGREEMENT OF THE DONALD & SUSAN TANAHASHI
*TRUST, DATED AUGUST 23, 1989

**2/27/1998 TRANSD**      $0 DOC 98-025882
TANAHASHI, DONALD G, Trustee(Tenants in Severalty)
TANAHASHI, SUSAN FAY, Trustee(Tenants in Severalty)
*UNDER A CERTAIN TRUST CREATED BY THE TRUST
*AGREEMENT OF THE DONALD & SUSAN TANAHASHI
*TRUST, DATED AUGUST 23, 1989

**8/10/2001 TRANSD**      $0 DOC 01-125379
TANAHASHI, DONALD I G, Trustee(Tenants in Common)
TANAHASHI, SUSAN F, Trustee(Tenants in Common)
*UNDER THOSE CERTAIN UNRECORDED TRUST
*AGREEMENT KNOWN AS (1)THE DONALD I. G.
*TANAHASHI TRUST DATED AUG - 7 2001, UNDIVIDED
*1/2 INTEREST, AND
*UNDER THOSE CERTAIN UNRECORDED TRUST
*AGREEMENT KNOWN AS (2)THE SUSAN F. TANAHASHI
*TRUST DATED AUG - 7 2001, UNDIVIDED 1/2
*INTEREST

**10/1/2008 DEED**      $804,625 DOC 08-152938      BOC
STEFANAK IV, JOSEPH J, Trustee(Revocable Trust)
*REVOCABLE TRUST AGREEMENT OF JOSEPH J.
*STEFANAK, IV, DATED NOVEMBER 23, 1999, AS
*RESTATED
REVOCABLE TRUST AGREEMENT OF JOSEPH J ST, Revocable Trust
(Revocable Trust)

### RESIDENTIAL BUILDING DETAILS

| TMK # 4-2-3-21-5 | Bldg 1 of 1 | Card 1 of 1 |
|---|---|---|
| **Year Built:** 1992 | **Style:** Other | **Bldg Quality:** () |
| **Effective year built:** | **Shape:** L | **Occupancy:** Single-family |

| Physical condition: | Roof Structure: Wood | Framing: Double wall |
|---|---|---|
| Cost & Design Factor: | Roof Material: Composition | Exterior Wall: Plywood |
| Economic Factor: | Roof Design: Hip | Interior Wall Structure: Double wall |
| Percent complete: 100% | Foundation: Wood piers | Interior Wall Material:Plaster Board |
| Building value: $404,700 | Central AC/Heat: | Flooring: Hardwood |
| Attic: None | Basement: None | Floor Construction: Wood joist |
| Pool: None | | Ceiling: Plaster-board |

| FLOOR AREAS | | ROOMS | | BATHS | |
|---|---|---|---|---|---|
| LLLA | 0 | Family Rms | 0 | Full Baths | 2 |
| 1st Story | 2,424 | Bedrooms | 3 | Half Baths | |
| 2nd Story | 0 | Rec Rooms | No | Add'l Fixt. | 3 |
| Addl Story | 0 | Total Rms | 6 | Total Fixt. | 9 |
| Half Story | 0 | | | | |
| Attic | 0 | | | | |
| Total SFLA 1 | 2,424 | Rec Room area | | | |
| Basement | 0 | | | | |

4-2-3-21-5 Card 1



Main

| RESIDENTIAL BUILDING ADDITIONS | | | | | |
|---|---|---|---|---|---|
| # | Lower Level | 1st Story | 2nd Story | 3rd Story | Area |
| Main | | | | | 2,424.00 |

| BUILDING PERMITS FROM REAL PROPERTY TAX | | | | |
|---|---|---|---|---|
| Date | Number | Amount | Status | Purpose |
| 9/25/1991 | 34359 | $260,000 | Complete | DWELLING |

This information has been supplied by third parties and has not been independently verified by Hawaii Information Service and is, therefore, not guaranteed.

Copyright ©9/2/2009 by Hawaii Information Service

 **trulia**
real estate search

**4444 Kai Ikena Dr, Kalaheo HI 96741**

MLS ID: #219175
38 views as of 9/1/09



**$734,000**
4 br 2.5 ba 1,958 Sqft
Single-Family Home



Listing Agent:

**Mary Jenkins**

Listing Broker:

**Makai Properties, LLC**

## LISTING DESCRIPTION

This home is a gem in a safe family neighborhood. A perfect home for a family with teens/ preteens and a yard for a pet. An elevated corner lot making great use of the tradewinds. All utilities are underground. Private yard with loads of fruit trees (apple bananas, lemons, limes, papaya and cacao)as well as tropical landscaping. A gardener's dream with plantings of herbs and vegetables. Spacious two story with open floor plan allowing lots of light throughout. There is plenty of storage in this house and all easily accessible. The large master suite has a walk-in closet. All hardwood and tile flooring throughout allow for easy maintenance. Lower level could work as a separate unit to rent out for extra income. (2bedroom, one bath, and family room)The mountain views from the living area are stunning. Located a short walk to Kukuiolono Golf Course.Only 10 minutes from Poipu beaches.

## My Notes

## PROPERTY MAP





EXHIBIT ___"6"___

# PUBLIC RECORD DATA

## ▼ TMK # 4-2-3-21-19      4444 KAI IKENA DR

**Owner:** MCVICKER JR, WILLIAM R/ETAL
**Tax Payer:** MCVICKER, WILLIAM R JR
**Tax Bill:** 4444 KAI IKENA DR, KALAHEO, HI 96741 USA

| Assessed Value | Exemption | Size | |
|---|---|---|---|
| **Land:** $266,700 | $0 | 8,106 sqft | |
| **Total Buildings:** $250,500 | $48,000 | 1,958 sq ft | |
| **Total:** $517,200 | $48,000 | | |

**Tenure:** Fee Simple
**Annual Tax:** $1,054.69
**Zoning:** R-4
**PITT Code:** 100 - Improved Single Family Residential
**Land Use:**

**Buildings:** 1
**Dwellings:** 1
**Subdivision:** Kai Ikena Subdivision
**Project:**
**Bedrooms/Baths:** 4/2.5

**Census Tract:** 407.00
**Lot#:** 16

### SALES

| | | | |
|---|---|---|---|
| 6/5/1987 | **DEED** | $49,900 B/P 20748/533 | |
| | LABRADOR LEONOR P/LILLIAN A | | |
| 6/29/1989 | **DEED** | $95,000 B/P 23346/565 | |
| | BUNDSCHUH RICKI R/LAUREN N | | |
| 5/23/2005 | **DEED** | $650,000 DOC 05-101794 | BOC |
| | MCVICKER JR, WILLIAM ROBERT, H/W(Tenants By Entirety) | | |
| | MCVICKER, KIMBERLY ONEAL, H/W(Tenants By Entirety) | | |

### RESIDENTIAL BUILDING DETAILS

| TMK # 4-2-3-21-19 | Bldg 1 of 1 | Card 1 of 1 |
|---|---|---|
| **Year Built:** 1990 | **Style:** Ranch | **Bldg Quality:** () |
| **Effective year built:** | **Shape:** Irregular | **Occupancy:** Single-family |
| **Physical condition:** Average | **Roof Structure:** Wood | **Framing:** Double wall |
| **Cost & Design Factor:** | **Roof Material:** Composition | **Exterior Wall:** Plywood |
| **Economic Factor:** | **Roof Design:** Hip | **Interior Wall Structure:** Double wall |
| **Percent complete:** 100% | **Foundation:** Hollow tile | **Interior Wall Material:** Plaster Board |
| **Building value:** $250,500 | **Central AC/Heat:** None | **Flooring:** Carpet |
| **Attic:** None | **Basement:** None | **Floor Construction:** Wood joist |
| **Pool:** None | | **Ceiling:** Plaster-board |

| FLOOR AREAS | | ROOMS | | BATHS | |
|---|---|---|---|---|---|
| LLLA | 0 | Family Rms | 1 | Full Baths | 2 |
| 1st Story | 765 | Bedrooms | 4 | Half Baths | 1 |
| 2nd Story | 1,193 | Rec Rooms | No | Add'l Fixt. | 2 |
| Addl Story | 0 | Total Rms | 9 | Total Fixt. | 10 |
| Half Story | 0 | | | | |
| Attic | 0 | | | | |
| Total SFLA 1 | 1,958 | Rec Room area | | | |
| Basement | 0 | | | | |

4-2-3-21-19 Card 1





### RESIDENTIAL BUILDING ADDITIONS

| # | Lower Level | 1st Story | 2nd Story | 3rd Story | Area |
|------|------|------|------|------|------|
| Main | | | | | 765.00 |
| B | | GARAGE WOOD FRAME BIT/CONC FLOOR | | | 508.00 |
| C | | WOOD DECK | | | 35.00 |
| D | | | 2ND STORY FRAME | | 1,193.00 |
| E | | ADDITIONAL FIXTURES | | | 2.00 |
| F | | 2 CAR GARAGE DOOR MOTORIZED | | | 1.00 |

### OTHER BUILDING IMPROVEMENTS

| Type | Description | Quantity | Year | Area | Grade | Condition |
|------|------|------|------|------|------|------|
| DWR | WOOD DECK RAILING | 1 | 1990 | 20 | 4 | Good |

### BUILDING PERMITS FROM REAL PROPERTY TAX

| Date | Number | Amount | Status | Purpose |
|------|------|------|------|------|
| 12/15/1989 | 30690 | $138,000 | Complete | DWELLING |
| 3/18/1994 | 94-00000423 | $20,400 | Expired | ADDITION |

This information has been supplied by third parties and has not been independently verified by Hawaii Information Service and is, therefore, not guaranteed.

**Copyright ©9/2/2009 by Hawaii Information Service**